

FILED

JUN -1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

JOHN H. DEVINE,

  Defendant.

Case No. 1:12-CR-00046-BAM
**ORDER OF RELEASE**

The above named defendant having been sentenced to Time Served on June 1, 2018.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 6/1/18

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

1